UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                                Criminal No. 11-cr-083-01-JL

Paul Wilson

O R D E R

The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted; Final Pretrial is rescheduled to February 1, 2012 at 10:00a.m.; Trial is continued to the two-week period beginning February 7, 2012,

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            **/s/ Joseph N. Laplante**
                                            Joseph N. Laplante
                                            Chief Judge

Date:  December 13, 2011

cc:  Peter D. Anderson, Esq.
     Mark S. Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation